IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES GILBERT ANTHONY JR., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>Defendant. ) | 1:22CV562 |

**ORDER**

On May 16, 2023, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action. (ECF Nos. 14, 15).

Within the time limitation set forth in the statute, counsel for Plaintiff filed an objection to the Recommendation. (ECF No. 16).

The court has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Judgment Reversing Decision of the Commissioner, (ECF No. 10), is **DENIED**, the final decision of the Commissioner is upheld, and this action is **DISMISSED** with prejudice.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 5th day of July 2023.

/s/ Loretta C. Biggs
United States District Judge